# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Satcom Direct Communications, Inc., | Civil No. 08-5886 (RHK/AJB) |
|     Plaintiff and<br>    Counterclaim Defendant, | **ORDER** |
| v. | |
| AOS, INC., | |
|     Defendant and<br>    Counterclaim Plaintiff. | |

___

Based upon the Stipulation of Dismissal with Prejudice (Doc. No. 45), **IT IS ORDERED** that all of the parties' respective claims and causes of action asserted in this lawsuit are **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: May 14, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge